UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR08 (VAB) |
| v. | 18 U.S.C. § 1962(d) (Racketeering Conspiracy) |
| KEISHAWN DONALD;<br>TREVON WRIGHT, a.k.a. "Tre;"<br>KYRAN DANGERFIELD;<br>ERIC HAYES, a.k.a. "Heavyweight Champ;"<br>TRAVON JONES, a.k.a. "Budda;"<br>TYRONE MOORE, a.k.a. "Ty Ralph Lauren;"<br>CHARLES ANTHONY BONILLA,<br>   a.k.a. "30 cal" and "Ant;" and<br>HARRY BATCHELOR a.k.a. "Bookie" | MAY 3 2021 PM1:17<br>FILED-USDC-CT-NEW HAVEN |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(RICO Conspiracy)

The Enterprise

1. At all times relevant to this Superseding Indictment, the defendants KEISHAWN DONALD, TREVON WRIGHT, a.k.a. "Tre," KYRAN DANGERFIELD, ERIC HAYES, a.k.a. "Heavyweight Champ," TRAVON JONES, a.k.a. "Budda," TYRONE MOORE, a.k.a. "Ty Ralph Lauren," CHARLES ANTHONY BONILLA, a.k.a. "30 cal" and "Ant," and HARRY BATCHELOR, a.k.a. "Bookie," and others known and unknown to the Grand Jury, were members and associates of the Bridgeport street gang, the "East End gang," a criminal organization whose members and associates engaged in, among other activities, narcotics distribution, robberies and acts of violence, including murders and assaults.

2. The East End gang began as a local street gang based in the East End of Bridgeport, Connecticut, but it currently has members and associates who are either incarcerated or living throughout Bridgeport and surrounding towns. East End members and associates often communicate through various forms of electronic communication, including Facebook messenger, SnapChat, phone calls, text messages and music videos posted online. At times, members and associates use gang symbols and code words to communicate in order to avoid revealing their criminal activity.

3. Members and associates of the East End gang are expected to protect the name, reputation and status of the gang from rival gang members and other persons. To protect the gang and enhance its reputation, East End gang members and associates are expected to use any means necessary to force respect from those who have shown disrespect, including committing acts of intimidation, threats of violence and actual violence.

4. At all times relevant to this Superseding Indictment, the East End gang, including its leaders, members and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1961(4) (hereinafter "the Enterprise"), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for the common purpose of achieving the objectives of the enterprise.

5. The East End gang, at all times relevant to this Superseding Indictment, was aligned with other street-level criminal organizations, specifically, the PT Barnum gang, the East Side gang and the 150 gang, which is a gang based on the West Side of Bridgeport. These gangs were aligned together against rival organizations in Bridgeport, specifically, the "Original North End"

or "O.N.E." and the "Greene Homes Boyz," which was also known as the "Hotz" or "GHB," gangs, respectively based in the North End and in the Charles F. Greene Housing Project, located within the Hollow neighborhood of Bridgeport. The O.N.E. gang and the GHB gang have been allied together since approximately 2017.

6. The East End gang had multiple criminal objectives, one of which was the enrichment of the members and associates of the organization through the distribution of controlled substances including heroin, cocaine base (crack), marijuana and Percocet pills. Members and associates of the East End gang sold narcotics primarily in the East End of Bridgeport. East End members and associates would share customers and refer each other to customers and engaged in narcotics trafficking together. Often, drug related activity was coordinated and facilitated by text messaging and Facebook messenger.

7. Members and associates of the East End gang committed, conspired, attempted and threatened to commit acts of violence to protect the enterprise and to protect fellow members and associates of the East End gang as well as the reputations of deceased members. These acts of violence included acts of murder and assault intended to protect the East End gang from rival gangs and to otherwise promote the standing and reputation of the enterprise amongst rival gangs. These acts of violence were also perpetrated to promote the standing, status and reputation of individual members and associates within the enterprise.

<u>Purposes of the East End Gang</u>

8. The purposes of the Enterprise included the following:

a. Enriching the members and associates of the Enterprise through, among other things, the distribution and sale of controlled substances.

3

b.     Preserving and protecting the power, territory, reputation, and profits of the Enterprise through the use of intimidation, violence, threats of violence, assaults, robberies, and acts involving murder.

c.     Promoting and enhancing the Enterprise and the activities and authority of its members and associates.

d.     Keeping victims and potential victims, witnesses and rival gang members in fear of the Enterprise and in fear of its members and associates through violence, including acts involving murder, threats of violence and assault.

e.     Providing assistance to members and associates of the Enterprise who committed crimes for and on behalf of the Enterprise.

f.     Providing financial support and information to members and associates of the Enterprise, including those incarcerated for committing acts of violence, distribution of controlled substances and other offenses.

g.     Protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities through acts of intimidation and violence against potential witnesses, including members and associates of the Enterprise, to crimes committed by members and associates of the Enterprise.

h.     Hindering, obstructing, and preventing law enforcement officers from identifying, apprehending, and successfully prosecuting and punishing members and associates of the Enterprise.

Means and Methods of the East End Gang

9. Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the Enterprise were the following:

a. Members and associates of the Enterprise committed, conspired, attempted, and threatened to commit acts of violence, including acts involving murder, against rival gang members and associates and other individuals adverse to the Enterprise.

b. Members and associates of the Enterprise promoted and celebrated the criminal conduct of the Enterprise, namely the narcotics distribution, acts involving violence, and the use and possession of firearms, on social media websites such as Facebook and YouTube.

c. Members and associates of the Enterprise obtained, possessed, shared, used and disposed of firearms.

d. Members and associates of the Enterprise distributed and conspired to distribute controlled substances.

e. Members and associates of the Enterprise committed, conspired, and attempted to commit robberies.

f. Members and associates of the Enterprise committed acts of intimidation and made threats as a means of deterring and punishing any potential witnesses to their crimes and in connection with protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities.

The Racketeering Conspiracy

10. From approximately 2015 to the present, in the District of Connecticut and elsewhere, KEISHAWN DONALD, TREVON WRIGHT, a.k.a. "Tre," KYRAN DANGERFIELD, ERIC HAYES, a.k.a. "Heavyweight Champ," TRAVON JONES, a.k.a. "Budda," TYRONE MOORE, a.k.a. "Ty Ralph Lauren," CHARLES ANTHONY BONILLA, a.k.a. "30 cal" and "Ant," and HARRY BATCHELOR, a.k.a. "Bookie," together with others known and unknown to the Grand Jury, including JW who is now deceased, and whose true name is known to the Grand Jury, being persons employed by and associated with the Enterprise described in the preceding paragraphs, namely the East End gang, knowingly combined, conspired, confederated, and agreed together and with each other to violate the racketeering law of the United States, namely, Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the East End gang, which was engaged in, and the activities of which affected, interstate and foreign commerce, through a pattern of racketeering activity consisting of:

   a. Multiple acts involving murder chargeable under the following provisions of state law: Connecticut General Statutes § 53a-54a (murder); § 53a-48 (conspiracy); § 53a-49 (attempt) and § 53a-8(a) (aiding and abetting).

   b. Multiple offenses involving the distribution of controlled substances in violation of the laws of the United States, namely, Title 21, United States Code, Sections 841 and 846.

   c. Multiple acts indictable under Title 18, United States Code, Sections 1951 (relating to interference with commerce, robbery, or extortion).

d. Multiple acts involving robbery chargeable under the following provisions of state law: Connecticut General Statutes §§ 53a-133 to 53a-135 (robbery), § 53a-8 (aiding and abetting), § 53a-48 (conspiracy), and § 53a-49 (attempt).

11. It was a part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

## Overt Acts

12. In furtherance of the conspiracy and to achieve the object thereof, the following overt acts, among others, were committed in the District of Connecticut and elsewhere:

   a. From at least 2015 to the present, in the District of Connecticut, KEISHAWN DONALD, TREVON WRIGHT, a.k.a. "Tre," KYRAN DANGERFIELD, ERIC HAYES, a.k.a. "Heavyweight Champ," TRAVON JONES, a.k.a. "Budda," TYRONE MOORE, a.k.a. "Ty Ralph Lauren," CHARLES ANTHONY BONILLA, a.k.a. "30 cal" and "Ant," and HARRY BATCHELOR a.k.a. "Bookie," and others known and unknown to the Grand Jury, including JW who is deceased, agreed to possess and sell heroin, cocaine base (crack), marijuana and Percocet pills.

   b. On or about January 30, 2018, KEISHAWN DONALD shot and killed Eric Heard, a.k.a. "Fetti," a member and associate of the rival GHB gang.

   c. On or about March 5, 2019, ERIC HAYES, a.k.a. "Heavyweight Champ," shot and killed Jerrell Gatewood.

   d. On or about July 4, 2019, CHARLES ANTHONY BONILLA, a.k.a. "30 cal" and "Ant," shot and killed Richard McDonald, a member and associate of the rival GHB gang.

   e. On or about July 12, 2019, TRAVON JONES, a.k.a. "Budda," and TYRON MOORE, a.k.a. "Ty Ralph Lauren," shot and killed Shawn Warren, a.k.a. "Kujoe," a member and associate of the rival O.N.E. gang.

   f. On or about September 15, 2019, ERIC HAYES, a.k.a. "Heavyweight Champ," and TREVON WRIGHT, a.k.a. "Tre," agreed with one another to kill Marquis Isreal, a.k.a. "Garf" and "Gbaby," a member and associate of the rival O.N.E. gang.

g. On or about September 15, 2019, TREVON WRIGHT, a.k.a. "Tre," shot and attempted to kill Marquis Isreal, a.k.a. "Garf" and "Gbaby," a member and associate of the rival O.N.E. gang.

h. On or about October 17, 2019, TRAVON JONES, a.k.a. "Budda," agreed with other East End gang members to shoot and attempt to kill Joshua Gilbert, a member and associate of the rival O.N.E. gang.

i. On or about October 17, 2019, TRAVON JONES, a.k.a. "Budda," shot and attempted to kill Joshua Gilbert, a member and associate of the rival O.N.E. gang.

j. On or about December 8, 2019, TREVON WRIGHT, a.k.a. "Tre," shot and attempted to kill Arvan Smith, a.k.a. "Arv Barkley," a member and associate of the rival O.N.E. gang.

k. On or about January 26, 2020, TREVON WRIGHT, a.k.a. "Tre," and JW, who is deceased, shot and killed Myreke Kenion and shot and attempted to kill D'Andre Brown, both members and associates of the rival GHB gang.

l. On or about June 25, 2020, KYRAN DANGERFIELD, together with JW, who is now deceased, and another individual known to the Grand Jury, shot and killed Tyler Ballew, a member and associate of the rival O.N.E. gang.

## Special Sentencing Factors

13. On or about January 30, 2018, in the District of Connecticut, KEISHAWN DONALD did commit murder, that is with intent to cause the death of another person, he caused the death of Eric Heard, a.k.a. "Fetti," in violation of Conn. Gen. Stat. §53a-54a.

14. On or about March 5, 2019, in the District of Connecticut, ERIC HAYES, a.k.a. "Heavyweight Champ," did commit murder, that is with intent to cause the death of another person, he caused the death of Jerrell Gatewood in violation of Conn. Gen. Stat. § 53a-54a.

15. On or about July 4, 2019, in the District of Connecticut, CHARLES ANTHONY BONILLA, a.k.a. "30 cal" and "Ant," did commit murder, that is with intent to cause the death of another person, he caused the death of Richard McDonald in violation of Conn. Gen. Stat. § 53a-54a.

16. On or about July 12, 2019, in the District of Connecticut, TRAVON JONES, a.k.a. "Budda," and TYRON MOORE, a.k.a. "Ty Ralph Lauren," did commit murder, that is with intent to cause the death of another person, they caused the death of Sean Warren, a.k.a. "Kujoe," and aided and abetted in the same, in violation of Conn. Gen. Stat. §§ 53a-54a and 53a-8(a).

17. On or about January 26, 2020, in the District of Connecticut, TREVON WRIGHT, a.k.a. "Tre, " did commit murder, that is with the intent to cause the death of another person, he caused the death of Myreke Kenion, and aided and abetted in the same, in violation of Conn. Gen. Stat. §§ 53a-54a and 53a-8(a).

18. On or about June 25, 2020, in the District of Connecticut, KYRAN DANGERFIELD together with others known to Grand Jury did commit murder, that is with intent to cause the death of another person, he caused the death of Tyler Ballew, and aided and abetted in the same, in violation of Conn. Gen. Stat. §§ 53a-54a and 53a-8(a).

All in violation of Title 18, United States Code, Sections 1962(d) and 1963(a).

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY

_____
PATRICK DOHERTY
ASSISTANT UNITED STATES ATTORNEY